**EXHIBIT 3**
**BODY CAM VIDEO OF KEITH KNOLL**
**(to be filed conventionally)**

**EXHIBIT 3**