**EXHIBIT 5**
**AUDIO OF OSBI INTERVIEW OF TAMMY SCOTT**
**(to be filed conventionally and under seal [pending Court's approval])**

**EXHIBIT 5**