```
 1

 2         IN THE UNITED DISTRICT COURT

 3         EASTERN DISTRICT OF OKLAHOMA

 4

 5   DAN MILLER, as Special Administrator
     of the ESTATE OF HANK MILLER,
 6   Deceased,et al.,

 7                    Plaintiff

 8   v                                    22 CV-164RAW

 9

10   B.J. HEDGECOCK, in his official
     capacit as Sheriff of Pushmataha
11   County, State of Oklahoma;  et al.,

12                    Defendant.

13
                    CERTIFIED COPY
14

15       DEPOSITION OF TAMMY LYNN SCOTT

16     TAKEN ON BEHALF OF THE DEFENDANTS

17              ANTLERS, OKLAHOMA

18    HAD ON THE 21st DAY OF FEBRUARY, 2024

19            COMMENCING AT 11:00 AM

20

21

22              INSTASCRIPT, LLC
           125 PARK AVENUE, LOWER LEVEL
23       OKLAHOMA CITY, OKLAHOMA 73102
                (405) 605-6880
24             www.instascript.net

25
```

 1  you no longer have that opinion.  Right?

 2       A    It's not about that.

 3       Q    Now, after the lawsuit was filed, you no

 4  longer think the officer accidentally grabbed your hair.

 5  Correct?

 6       A    No, sir.

 7       Q    Was that a "yes"?

 8       A    No.

 9       Q    "No, sir"?

10       A    No, sir.  It's not...

11       Q    So what you think now, as to the officer's

12  intent in that moment, is different from what you

13  thought and what you conveyed to the OSBI agent.  Right?

14            MR. TERRILL:  You can answer.

15       A    Yes -- well, I'm -- I'm sorry, what?

16       Q    (By Mr. Smith) What you think now about the

17  officer's intention, in terms of whether he meant to

18  grab your hair, is different from what you thought after

19  the event and what you conveyed to the OSBI agent.

20  Right?

21       A    Whatever I told the OSBI guy, that's what

22  happened.

23       Q    So if you told the OSBI guy that the officer

24  didn't mean to grab your hair and was trying to grab

25  you, that's what you believe now?

 1     A    That's the -- that's what I told him and
 2  that's what I still feel like.
 3     Q    And, likely, you had that impression because
 4  you knew that the officers were trying to get you out of
 5  the car --
 6          MR. TERRILL:  Object --
 7     Q    (By Mr. Smith) -- right?
 8          MR. TERRILL:  Object to form.
 9          You can still answer.  Unless I tell you not
10  to, you just go -- I'm just -- when I make an objection
11  like that, it's really just for purposes of the record.
12  I'm not instructing you to do anything, other than I'm
13  preserving my objection.  You'll still answer the
14  question.
15     Q    (By Mr. Smith) Do you remember my question?
16  Or do you want me to ask it again?
17     A    Ask it again.
18     Q    Well, why do you think you had that
19  impression, that you told the OSBI agent after the event
20  that the officer had accidentally grabbed your hair?
21     A    Because that's how I felt, he accidentally --
22  he... I think he was meaning to grab me and not my hair.
23     Q    Do you know why you felt that way?
24     A    Because I never seen him before and I never
25  dealt with him, so I figured he -- I didn't...