**EXHIBIT 8**
**ANTLERS FIRE AND EMS RECORD FOR BRIAN COLUMBUS**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 8**