**EXHIBIT 11**
**ANTLERS FIRE AND EMS RECORD FOR HANK MILLER**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 11**