**EXHIBIT 12**
**USE OF FORCE POLICY**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 12**