**EXHIBIT 13**
**PURSUITS POLICY**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 13**