**EXHIBIT 16**
**DRUG AND ALCOHOL TESTING POLICY**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 16**