**EXHIBIT 18**
**RESULTS OF CONTROLLED SUBSTANCE TEST OF KEITH KNOLL**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 18**