## NOTIFICATION OF EMPLOYMENT/TERMINATION

Council on Law Enforcement Education and Training
2401 Egypt Road, Ada, Oklahoma 74820-0669   Phone: 405-239-5100

**DUE WITHIN 10 DAYS OF EMPLOYMENT/TERMINATION**

COMPLETE ALL REQUIRED FIELDS — COMPLETE EITHER FULL-TIME OR RESERVE

- [x] Notice of Employment
- [ ] Notice of Termination
- [ ] Department Head Change

- [x] **FULL-TIME OFFICER** (Over 25 hours per week)
  - [ ] Not Certified – Needs Training
  - [ ] Certified in Oklahoma   CLEET # 135978
    - [ ] OUT OVER 5 YEARS
  - [ ] Certified in Another State – Requesting Reciprocity
  - [ ] Requesting Collegiate Officer Program Certification
  - [ ] Certified Oklahoma Reserve   CLEET # _____
  - [ ] Requesting Bridge Academy

- [ ] **RESERVE OFFICER** (140 hours or less per month)
  - [ ] Not Certified – Needs Training
  - [ ] Certified in Oklahoma   CLEET # _____
    - [ ] OUT OVER 5 YEARS
  - [ ] Certified in Another State – Requesting Reciprocity
  - [ ] Requesting Collegiate Officer Program Certification

### AGENCY DATA

Name of Agency: **Pushmataha County Sheriffs Office**
Address: **207 SW 3rd Street**   City: **Antlers**   ZIP: **74523**   County: **Pushmataha**
Agency E-Mail: **pushcosheriff@hotmail.com**
Department or Agency Head: **BJ Hedgecock**   Title: **Sheriff**   Telephone: **5802982475**

### EMPLOYEE DATA

Last Name: **Steely**   First Name: **Timothy**   MI: **B**   Sex: M [x] F [ ]   DOB: [REDACTED]
SSN: [REDACTED]   Race: **W**   Home Phone: [REDACTED]
Home Address: [REDACTED]   City: **Durant**   State: ___   Zip: **74701**

### EMPLOYEE ATTESTATION:

Date of Appointment: **10-19-2020**   Position: **Deputy**

- I am at least 21 years of age;
- I am a U.S. Citizen or have resident alien status, pursuant to an employment eligibility verification form from the U.S. Citizenship and Immigration Services;
- I possess a high school diploma or a GED equivalency certificate as recognized by state law;
- I am not currently undergoing treatment for a mental illness, condition, or disorder;
- I have never been convicted of a felony, crime of moral turpitude, or crime of domestic violence in any state or federal court;
- I am not currently participating in a deferred sentence for a felony, crime of moral turpitude, or crime of domestic violence.

I certify the information provided by me is correct and accurate. I understand that any false statement may be a crime punishable by fine and/or imprisonment. I hereby authorize the Council on Law Enforcement Education and Training or other authorized representatives of the Council bearing this form or a copy thereof, to release any information entered on this form to any law enforcement agency.

Original Signature of Employee: *[signature]*   Date: 10 / 19 / 2020

### AGENCY ADMINISTRATOR ATTESTATION

- As the Agency Administrator or Designee, I certify to the Council that a background investigation was completed on the named employee in accordance with 70 O.S. §3311 (E.1.) prior to employment as a peace officer or reserve peace officer.
- As the Agency Administrator or Designee, I certify to the Council that a psychological evaluation was conducted in accordance with the provisions of 70 O.S. § 3311, or I have verified a psychological evaluation was completed for a CLEET certified peace officer with a break in service of less than five years.
- As the Agency Administrator or Designee, I certify to the Council that the named employee/applicant is suitable to serve as a peace officer in the State of Oklahoma.

I certify the information provided by my agency on this document is correct and accurate. I understand that any false statement may be a crime punishable by fine and/or imprisonment. I understand that CLEET will rely on my attestation.

Original Signature of Agency Administrator or Designee: *[signature] DSB #6402*   Date: 10 / 19 / 2020
Print Name and Title: **Under-Sheriff Dustin S. Bray #6402**

**70 O.S. §3311** – Every law enforcement agency in this state shall, within thirty (30) days of a final order of termination or resignation while under investigation of a CLEET-certified peace officer, report such order or resignation in writing to the Executive Director of the Council.

Date of Termination: _____

- [ ] Resigned   [ ] Discharged   [ ] Retired   [ ] Deceased   [ ] Other, explain below

Comments: _____

Original Signature of Agency Administrator or Designee: _____   Date: ___/___/___
Print Name and Title: _____

Revised 12/12/2019

**EXHIBIT 19**