Back to Dept Hist     previous     next

State of Oklahoma

# Council on Law Enforcement Education and Training

Individual Full Profile (Web Based)

**STEELY, TIMOTHY B**

| | | | |
|---|---|---|---|
| Sex: | **Male** | Officer Type: | **Peace Officer** |
| | | Flag: | **NA** |
| | | Type: | **Mandate Training** |
| Basic Academy Weapon: | **Semi-Automatic** | | |
| Sexual Assault Training: | **Yes** | | |

**Mandatory Training Summary:**

| Year | MT Hours | MH Hours | FA Done |
|---|---|---|---|
| 2020 | 60 | 0 | Yes |
| 2019 | 114.25 | 2 | Yes |
| 2018 | 73 | 4 | Yes |
| 2017 | 31.25 | 7.25 | Yes |
| 2016 | 45.25 | 0 | Yes |
| 2014 | 7 | 0 | Yes |
| Earlier | | | |
| Totals | 330.75 | 13.25 | Yes |

**Certification Levels:**

| Cert Description | Date |
|---|---|
| Basic (583 Hours) | 08/18/2017 |

Report Created By: STEELY, TIMOTHY B

**Employment History:** (Only the last 5 employers are shown here. Full history is available by written request.)

| Start Date | End Date | Status | Agency | City | Rank | Reason |
|---|---|---|---|---|---|---|
| 07/13/2020 | | Active | SOUTHEASTERN O S U PUBLIC SAFETY | DURANT | RESERVE | |
| 09/30/2019 | 07/04/2020 | Inactive | BOKCHITO P.D. | BOKCHITO | ASST. CHIEF | Resigned |
| 03/11/2019 | 08/26/2019 | Inactive | BRYAN COUNTY S. O. | DURANT | DEPUTY | Resigned |
| 02/12/2019 | 03/03/2019 | Inactive | BOKCHITO P.D. | BOKCHITO | ASST CHIEF | Resigned |
| 02/24/2018 | 02/12/2019 | Inactive | BOKCHITO P.D. | BOKCHITO | PTLMN | |

**Training History:**

| Date | Course | Hours | Year | MT | MH | Agency | City |
|---|---|---|---|---|---|---|---|
| 07/24/2020 | Basic Instructor Dev | 40 | 2020 | 40 | 0 | CLEET | MC ALESTER |
| 04/23/2020 | F/A Qualification | 0 | 2020 | 0 | 0 | CLEET | DURANT |
| 04/14/2020 | Cops in Court | 4 | 2020 | 4 | 0 | District Attorneys | Webinar |
| 02/13/2020 | Street Smart Cop | 16 | 2020 | 16 | 0 | OHP | OKLAHOMA CITY |
| 12/16/2019 | K-9 Maint Trng A | 8 | 2019 | 8 | 0 | Durant PD | Durant |
| 12/13/2019 | Bsc Plc Srvc Dog Handler | 80 | 2019 | 80 | 0 | Little Rock K-9 Aca | BOKCHITO |
| 11/24/2019 | Officer Wellness & MH | 2 | 2019 | 2 | 2 | Praetorian Digital | Onlline |
| 11/21/2019 | Medical Marijuana | 4 | 2019 | 4 | 0 | OBN | Durant |
| 10/23/2019 | F/A Qualification | 0 | 2019 | 0 | 0 | CLEET | DURANT |
| 10/04/2019 | Millennial Leadership | 1.25 | 2019 | 1.25 | 0 | Randall University | MOORE |
| 10/04/2019 | Leadership Pres Skills | 1.25 | 2019 | 1.25 | 0 | Randall University | MOORE |
| 10/04/2019 | Constitutional Carry | 1.25 | 2019 | 1.25 | 0 | Randall University | MOORE |
| 10/04/2019 | Enforcement of Marijuana | 1.5 | 2019 | 1.5 | 0 | Randall University | MOORE |
| 09/14/2019 | Taser CEW User Course | 8 | 2019 | 8 | 0 | Axon Enterprise/TAS | BOKCHITO |
| 07/19/2019 | Traffic Incident Mgmt | 4 | 2019 | 4 | 0 | OK Dept of Transpor | Durant |
| 01/05/2019 | Intoxicated Driving | 1 | 2019 | 1 | 0 | PoliceOne.com | Online |
| 01/05/2019 | Pursuit Driving Fundament | 2 | 2019 | 2 | 0 | PoliceOne.com | Online |
| 11/13/2018 | Sexual Harassment WP | 1 | 2018 | 1 | 0 | PoliceOne.com | |
| 11/06/2018 | GeoSafe-An Introduction | 1 | 2018 | 1 | 0 | Durant PD | Durant |
| 10/25/2018 | Intro to Leadership | 8 | 2018 | 8 | 0 | Muskogee PD | ADA |
| 10/13/2018 | Current Drug Trends | 2 | 2018 | 2 | 0 | PoliceOne.com | |
| 10/10/2018 | F/A Qualification | 0 | 2018 | 0 | 0 | CLEET | DURANT |
| 08/17/2018 | MobCOP/Mobile Data Basic | 8 | 2018 | 8 | 0 | OCSO | Spencer |
| 08/07/2018 | Radar Refresher | 4 | 2018 | 4 | 0 | American Law Enforc | BOSWELL |
| 06/29/2018 | Prosecuting the DUID Driv | 1 | 2018 | 1 | 0 | OK Board of Tests f | MWC |
| 06/29/2018 | Traffic Safety - Matter | 1.5 | 2018 | 1.5 | 0 | OK Board of Tests f | MWC |
| 06/29/2018 | Alcohol-Harmless, Destruc | 1 | 2018 | 1 | 0 | OK Board of Tests f | MWC |
| 06/28/2018 | MADD Making the DUI Pers | 1 | 2018 | 1 | 0 | OK Board of Tests f | MWC |
| 06/28/2018 | Roadside Testing-Oral Flu | 1 | 2018 | 1 | 0 | OK Board of Tests f | MWC |
| 06/28/2018 | Impaired Driving Leader | 1.25 | 2018 | 1.25 | 0 | OK Board of Tests f | MWC |
| 06/28/2018 | Impairment Prev Efforts | 0.5 | 2018 | 0.5 | 0 | OK Board of Tests f | MWC |

**EXHIBIT 20**

| Date | Course | Hours | Year | Hours | | Source | Location |
|---|---|---|---|---|---|---|---|
| 06/28/2018 | Interp of Finding DUID | 1.25 | 2018 | 1.25 | 0 | OK Board of Tests f | MWC |
| 06/28/2018 | Changes in SFST ARIDE DRE | 1.5 | 2018 | 1.5 | 0 | OK Board of Tests f | MWC |
| 06/26/2018 | Amphetamines & Opiates | 1 | 2018 | 1 | 0 | OK Board of Tests f | MWC |
| 06/06/2018 | Haz-Mat First Resp Lev 1 | 1 | 2018 | 1 | 0 | LocalGovU-Online Le | |
| 05/23/2018 | Addressing Opioid Overdos | 2 | 2018 | 2 | 2 | Choctaw Nation Heal | DURANT |
| 05/15/2018 | Pursuit Driving Fundament | 2 | 2018 | 2 | 0 | PoliceOne.com | |
| 05/14/2018 | Bloodborne Path for FR | 1 | 2018 | 1 | 0 | PoliceOne.com | |
| 04/28/2018 | Taser User Course | 6 | 2018 | 6 | 0 | Axon Enterprise/TAS | BOKCHITO |
| 04/16/2018 | AHA Heartsaver CPR AED | 2 | 2018 | 2 | 0 | Fire Service Trng/O | BOKCHITO |
| 04/10/2018 | Intoxilyzer 8000 Cert | 8 | 2018 | 8 | 0 | OK Board of Tests f | DURANT |
| 02/14/2018 | ARIDE | 16 | 2018 | 16 | 2 | OK Board of Tests f | NORMAN |
| 10/12/2017 | SPR-Rx3 OK Formula | 1.25 | 2017 | 1.25 | 1.25 | Wichita Mountains P | NORMAN |
| 10/12/2017 | Colorado Legalization | 1.25 | 2017 | 1.25 | 0 | Wichita Mountains P | NORMAN |
| 10/12/2017 | Drugs of Abuse | 1.25 | 2017 | 1.25 | 0 | Wichita Mountains P | NORMAN |
| 10/11/2017 | Underage Drinking Enforce | 1.25 | 2017 | 1.25 | 0 | Wichita Mountains P | NORMAN |
| 10/11/2017 | RX Drug Abuse | 1.25 | 2017 | 1.25 | 0 | Wichita Mountains P | NORMAN |
| 08/18/2017 | Cert Exam | 577 | 2017 | 19 | 4 | A1702 | ADA |
| 08/18/2017 | Evid Based Sex Assault | 6 | 2017 | 6 | 2 | A1702 | ADA |
| 08/18/2017 | F/A Qualification | 0 | 2017 | 0 | 0 | A1702 | ADA |
| 11/15/2016 | Patrol Rifle Operator | 32 | 2016 | 32 | 0 | Durant PD | Durant |
| 09/08/2016 | Multiple Pathways to Rec | 1.5 | 2016 | 1.5 | 0 | ODMHSAS | NORMAN |
| 09/08/2016 | Strategies for Success | 1.25 | 2016 | 1.25 | 0 | ODMHSAS | NORMAN |
| 09/07/2016 | This Stuff Only Happens | 1.5 | 2016 | 1.5 | 0 | ODMHSAS | NORMAN |
| 09/07/2016 | Working with 18 to 25 YO | 1.5 | 2016 | 1.5 | 0 | ODMHSAS | NORMAN |
| 09/07/2016 | Addiction Medicine | 1.25 | 2016 | 1.25 | 0 | ODMHSAS | NORMAN |
| 09/07/2016 | Drugs of Abuse | 1.25 | 2016 | 1.25 | 0 | ODMHSAS | ONLINE |
| 08/04/2016 | F/A Qualification | 0 | 2016 | 0 | 0 | CLEET | DURANT PD |
| 07/21/2016 | Intersection Approach | 2 | 2016 | 2 | 0 | Autry Technology Ce | DURANT |
| 07/18/2016 | F/A QUALIFICATION | 0 | 2016 | 0 | 0 | DURANT PD | DURANT |
| 07/18/2016 | 16 BR 4-1/CERT EX | 0 | 2016 | 0 | 0 | DURANT PD | DURANT |
| 05/16/2016 | 16 BR 4-1/PRG EX II | 0 | 2016 | 0 | 0 | DURANT PD | DURANT |
| 03/21/2016 | 16 BR 4-1/ PRG EX I | 0 | 2016 | 0 | 0 | DURANT PD | DURANT |
| 02/22/2016 | IS00700A NIMS AN INTRO | 3 | 2016 | 3 | 0 | FEMA | ONLINE |
| 02/09/2016 | 16 BR 4-1 RES ACAD | 240 | 2016 | 0 | 0 | DURANT PD | DURANT |
| 11/13/2014 | F/A Qualification | 0 | 2014 | 0 | 0 | HEALDTON PD | CARTER CO |
| 10/01/2014 | Supervising Inmates | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 10/01/2014 | Written Comm/Reporting | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 10/01/2014 | Classification of Inmate | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 10/01/2014 | Jail Risk Management | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 09/30/2014 | Employee Confidential Re | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 09/30/2014 | Bloodborne Pathogens | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| 09/30/2014 | Ethical Behavior-Correct | 1 | 2014 | 1 | 0 | LocalGovU-Online Le | Online |
| | TOTALS | 1128.75 | | 330.75 | 13.25 | | |