CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



**EXHIBIT 21**