# NOTIFICATION OF EMPLOYMENT

Council on Law Enforcement Education and Training
2401 Egypt Road, Ada, Oklahoma 74820-0669   P: 405-239-5100

COMPLETION OF ALL FIELDS IS REQUIRED

**DUE WITHIN 10 DAYS OF EMPLOYMENT**

**FULL-TIME OFFICER (Over 25 hours per week)**
- [ ] Not Certified – Requesting Academy
      Name of facility officer will be attending: _____
- [ ] Not Certified - Requesting Career Tech BPOC Academy
      Tech Center Name: _____
- [x] Certified in Oklahoma CLEET #: 138258
- [ ] OUT OVER 5 YEARS
- [ ] Certified in another state - requesting Reciprocity
- [ ] Requesting COP/Career Tech BPOC Certification
- [ ] Requesting Bridge Academy CLEET #: _____

**RESERVE OFFICER (140 hours or less per month)**
- [ ] Not Certified – Requesting Academy
- [ ] Not Certified - Requesting Career Tech/BPOC Academy
      Tech Center Name: _____
- [ ] Certified in Oklahoma CLEET #: _____
- [ ] OUT OVER 5 YEARS
- [ ] Certified in another state - requesting Reciprocity
- [ ] Requesting COP/Career Tech BPOC certification

**Department Information:**
Department Name: Pushmataha County Sheriff's Office
Dept. E-Mail: pushcosheriff@hotmail.com
Address: 207 SW 3rd Street   City: Antlers   ZIP: 74523   County: Pushmataha
Department Head: BJ Hedgecock   Title: Sheriff   Telephone: (580) 298 - 2475

**EMPLOYEE DATA:**
Last Name: Columbus   First Name: Brian   MI: M   Sex: M [X]  F ___   DOB: ▓▓▓ 1984
SSN: ▓▓▓▓▓▓   Race: native   Home Phone: ▓▓▓   Cell Phone: ( ) -
Mailing Address: ___   City: ___   State: ___   Zip: ___
Physical Address: ___   City: ___   State: ___   Zip: ___
Email Address: ___

**EMPLOYMENT INFORMATION**
Date of Commission: 04 / 09 / 2021   Position: Patrol Deputy

**EMPLOYEE ATTESTATION:**
- I am at least 21 years of age;
- I am a U.S. Citizen or have resident alien status, pursuant to an employment eligibility verification form from the U.S. Citizenship and Immigration Services;
- I possess a high school diploma or a GED equivalency certificate as recognized by state law;
- I am not currently undergoing treatment for a mental illness, condition, or disorder;
- I have never been convicted of a felony, crime of moral turpitude, or crime of domestic violence in any state or federal court;
- I am not currently nor have I ever participated in a deferred sentence for a felony, crime of moral turpitude, or crime of domestic violence.
- I have never had a final Protective Order entered against me in this or any other State.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

Signature of Employee: _[signed]_   Date: 5/17/2021

**DEPARTMENT ADMINISTRATOR ATTESTATION**

- Have fingerprints been taken and sent to the OSBI for state and federal record checks **and** has a report been received showing no record of conviction of, nor ever has nor is currently participating in a deferred sentence for a felony, crime involving moral turpitude, or a crime of domestic violence?   [x] Yes  [ ] No
- Have you, as the Department Administrator, verified a passing psychological evaluation has been completed for this employee pursuant to 70 OS 3311?   [x] Yes  [ ] No
- Have you, as the Department Administrator, verified that the employee possesses a high school diploma or GED equivalency certificate as recognized by state law?   [x] Yes  [ ] No
- Do you, as the Department Administrator, certify that the employee has never had a final Protective Order filed against him/her in this or any other State?   [x] Yes  [ ] No
- Do you, as the Department Administrator, certify to the Council that the named employee/applicant is suitable to serve as a peace officer in the State of Oklahoma?   [x] Yes  [ ] No

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

Signature of Department Administrator or Designee: _[signed]_   Date: 05/17/2021
Printed Name of Department Administrator or Designee: DARRIN GOODE   Title: CHIEF DEPUTY

Revised 01132021

**EXHIBIT 22**