**CONFIDENTIAL**

## STATE OF OKLAHOMA
## COUNCIL ON LAW ENFORCEMENT EDUCATION AND TRAINING

0138258 - BRIAN COLUMBUS

### Profile Information

CLEET ID #: 0138258
RequestDate: N/A

### Registration History

| Reg # | Reg Type | License Category | Status | Initial License Date | Current Effective Date | Current Expiration Date |
|---|---|---|---|---|---|---|
| 138258 | Fulltime Peace Officer | Basic Certification | Suspended | 2014-06-20 | 2014-06-20 | N/A |
| 138258 | Fulltime Peace Officer | Basic Certification | Suspended | 2014-06-20 | 2014-06-20 | N/A |

### Employment Summary

| Start | End | Employer | Type |
|---|---|---|---|
| 2021-04-09 | 2021-07-26 | PUSHMATAHA COUNTY S. O. | Full-Time Officer (Over 25 hours per week) |
| 2015-11-30 | 2017-04-30 | POTTAWATOMIE COUNTY S.O. | Full-Time Officer (Over 25 hours per week) |
| 2015-06-15 | 2016-11-17 | MAUD P.D. | Full-Time Officer (Over 25 hours per week) |
| 2015-06-15 | 2015-11-17 | MAUD P.D. | Full-Time Officer (Over 25 hours per week) |
| 2013-07-29 | 2015-06-14 | KICKAPOO NATION TRIBAL POLICE | Full-Time Officer (Over 25 hours per week) |
| 2013-05-31 | 2029-01-07 | KICKAPOO NATION TRIBAL POLICE | Reserve Officer (140 hours or less per month) |

### Training Summary

| Year | 2021 | 2022 | 2023 |
|---|---|---|---|
| General CE Hours | 0 | 0 | 0 |
| Mental Health Training Hours | 0 | 0 | 0 |
| Missing Persons Training Hours | 0 | 0 | 0 |
| Sexual Assault Investigation Hours | 0 | 0 | 0 |
| Evidence Based Sexual Assault Investigation Hours | 0 | 0 | 0 |
| Firearms Qualification | Not Completed | Not Completed | Not Completed |

**EXHIBIT 23**

CONFIDENTIAL

Training History

| Completion Date | Course | Name of Program | Hours | Grade | Year Applicable | Mental Health Training Hours | Missing Persons Training Hours | Sexual Assault Investigation Hours | Evidence Based Sexual Assault Investigations Hours | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021-05-24 | 19-1889 - Responding to People with Mental Illness | Resp to People with Ment | 2 | N/A | 2017 | 2 | N/A | N/A | N/A | ONLINE |
| 2017-04-04 | 15-3959 - Packaging of Evidence for Storage or Submittal to OSBI | Packaging of Evidence | 4 | N/A | 2017 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2017-04-04 | 15-3958 - Common Field Fingerprint Lifting Introduction/Refresher Course | Field Fingerprint Lifting | 6 | N/A | 2017 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2017-03-06 | 15-2194 - Taser X26 User Course | Taser X26 User Course | 8 | N/A | 2017 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2017-02-17 | 16-2453 - TI Simulator Training 100 | TI Simulator Training 100 | 4 | N/A | 2017 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2017-01-25 | 17-0624 - Body Worn Cameras- Operations, Policy and Procedures | Body Worn Cameras Policy | 4 | N/A | 2017 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-10-18 | 15-1341 - Oklahoma Uniform Incident/Offense Report Forms | OK Unif Inc/Offns Rpt Fr | 4 | N/A | 2016 | 0 | N/A | N/A | N/A | Shawnee |
| 2016-10-07 | 15-3959 - Packaging of Evidence for Storage or Submittal to OSBI | Packaging of Evidence | 4 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-10-04 | 14-1940 - Basic Patrol Rifle | Basic Patrol Rifle | 8 | N/A | 2016 | 0 | N/A | N/A | N/A | MAUD |
| 2016-09-30 | 16-1972 - PCSO CSAT Rifle | PCSO CSAT Rifle | 4 | N/A | 2016 | 0 | N/A | N/A | N/A | MAUD |
| 2016-09-09 | 16-1971 - PCSO CSAT Pistol | PCSO CSAT Pistol | 4 | N/A | 2016 | 0 | N/A | N/A | N/A | MAUD |
| 2016-09-07 | 15-3890 - Overdose Prevention - Naloxone Initiative | Overdose Prevention | 2 | N/A | 2016 | 2 | N/A | N/A | N/A | SHAWNEE |

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016-08-25 | 15-4215 - Basic Search Warrant Writing | Basic Search Warrant Wri | 4 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-08-17 | 16-1531 - EVOC Intersection Approach | Intersection Approach | 2 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-07-22 | CL-0010 - F/A Qualification | F/A Qualification | 0 | N/A | 2016 | 0 | N/A | N/A | N/A | MAUD |
| 2016-04-29 | 15-2194 - Taser X26 User Course | Taser X26 User Course | 8 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-03-11 | 14-1826 - Officer Ground Defense | Officer Ground Defense | 8 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-03-08 | 16-0503 - Training Institute on Strangulation Prevention | Strangulation Prevention | 6 | N/A | 2016 | 2 | N/A | N/A | N/A | TAHLEQUAH |
| 2016-03-07 | 15-3958 - Common Field Fingerprint Lifting Introduction/Refresher Course | Field Fingerprint Liftin | 6 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2016-01-29 | 15-3960 - UCR and Probable Cause Affidavits | UCR and Probable Cause Aff | 8 | N/A | 2016 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2015-10-23 | 15-3926 - Domestic Violence Refresher and Lethality | Dom Violence Refresher | 8 | N/A | 2015 | 2 | N/A | N/A | N/A | WEWOKA |
| 2015-10-09 | 15-2511 - Legal Liabilities Part I | Legal Liabilities Part I | 4 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-09 | 15-2512 - Legal Liabilities Part II | Legal Liabilities Pt II | 4 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-08 | 15-2517 - Oklahoma State Bureau of Investigation | OSBI | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-08 | 13-1177 - U.S. Secret Service | U.S. Secret Service | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-08 | 13-1169 - Indian Country Jurisdiction | Indian Country Juris | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2015-10-08 | 13-1168 - Ethical Issues in Law Enforcement | Ethical Issues in LE | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-08 | 15-2513 - Open Records Act and Personnel Actions | Open Records Act and Per A | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-07 | 15-2518 - Oklahoma Information Fusion Center | OIFC | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-07 | 15-2519 - Transportation Securty Administration | Transprtatn Secrty Admin | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-07 | 15-3791 - Oklahoma Bureau of Narcotics and Dangerous Drugs | OBNDD | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-07 | 15-2520 - CLEET Updates | CLEET Updates | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-07 | 14-0366 - Media Relations | Media Relations | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-06 | 15-2571 - DEA Overview | DEA Overview | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-06 | 15-2514 - Insights to Leadership | Insights to Leadership | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-06 | 15-3790 - Surviving and Thriving a Law Enforcement Career | Surviving and Thriving A L | 2 | N/A | 2015 | 2 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-06 | 15-2521 - Grant Writing | Grant Writing | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-05 | 15-2510 - Policy and Procedures | Policy and Procedures | 4 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-05 | 13-1167 - Oklahoma Bankers Association | Oklahoma Bankers Assoc | 2 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
| 2015-10-05 | 13-1176 - Oklahoma Office of Homeland Security | OK Office of Homeland Se | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |

| 2015-10-05 | 15-2516 - Federal Bureau of Investigation | FBI | 1 | N/A | 2015 | 0 | N/A | N/A | N/A | Oklahoma City |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015-09-24 | 15-3966 - ICS-400 | ICS-400 | 16 | N/A | 2015 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2015-08-19 | 15-2688 - Aggressive Behavior Managment and Body Language Cues | ABM and Body Language Cu | 3 | N/A | 2015 | 0 | N/A | N/A | N/A | Shawnee |
| 2015-07-15 | CL-0010 - F/A Qualification | F/A Qualification | 0 | N/A | 2015 | 0 | N/A | N/A | N/A | MAUD |
| 2015-06-22 | 15-1341 - Oklahoma Uniform Incident/Offense Report Forms | OK Unif Inc/Offns Rpt Fr | 4 | N/A | 2015 | 0 | N/A | N/A | N/A | Earlsboro |
| 2015-06-01 | 13-0980 - Scenario Based Training / FX Marking Cartridges | Scen Base Trng/FX Mark C | 8 | N/A | 2015 | 0 | N/A | N/A | N/A | OKLAHOMA CITY |
| 2015-05-27 | | BEH ANALYSIS/INT:DIAGNOST | 16 | N/A | 2015 | 0 | N/A | N/A | N/A | OKLAHOMA CITY |
| 2015-05-14 | | WOLVES IN SHEEPS CLOTHING | 8 | N/A | 2015 | 2 | N/A | N/A | N/A | SHAWNEE |
| 2015-05-13 | | FIRST RESP TO CHILD VICT | 8 | N/A | 2015 | 2 | N/A | N/A | N/A | SHAWNEE |
| 2015-05-12 | | MCGYVER 101 FOR LE WRKSHP | 8 | N/A | 2015 | 0 | N/A | N/A | N/A | SHAWNEE |
| 2015-04-24 | 14-0720 - Opiate Overdose Recognition and Nalaxone (Narcan) Administration | Opiate OD Recognition | 2 | N/A | 2015 | 2 | N/A | N/A | N/A | SHAWNEE |
| 2014-11-13 | 14-1905 - Responding to the Domestic Violence Victim | Resp to the DV Victim | 8 | N/A | 2014 | 2 | N/A | N/A | N/A | Norman |
| 2014-06-20 | | F/A Qualification | 0 | N/A | 2014 | 0 | N/A | N/A | N/A | Shawnee |
| 2014-06-20 | CL-0115 - Reciprocity Cert Ex | Reciprocity (Cert) | 74 | 86 | 2014 | 4 | N/A | N/A | N/A | ADA |
| 2014-06-09 | CL-0102 - Evidence Based Sexual Assault | Evid Based Sex Assault | 6 | N/A | 2014 | 2 | N/A | N/A | N/A | ADA |

**CONFIDENTIAL**

| 2013-06-05 | ATT 13 BR 5-5 RES ACAD | 0 | N/A | 2013 | 0 | N/A | N/A | N/A | CHANDLER |

## CERTIFICATION OF RECORD

State of Oklahoma

County of Pontotoc

I, Janey Rowden, Records and Licensing Manager of the Council on Law Enforcement Education and Training (CLEET), an agency of the State of Oklahoma, do hereby certify that I have compared the foregoing instrument with the original now remaining on file and of record with this agency, that the same is a full, true, and exact copy thereof. In witness whereof, I have set my hand this 27th day of September 2023.

Janey Rowden, Records and Licensing Manager of CLEET

BY: _____         _____Janey Rowden_____
     Signature of Records Custodian or              Printed name of Records Custodian or
              Designee                                        Designee