# NOTIFICATION OF EMPLOYMENT

**Council on Law Enforcement Education and Training**
2401 Egypt Road, Ada, Oklahoma 74820-0669   P: 405-239-5100

*DUE WITHIN 10 DAYS OF EMPLOYMENT*
COMPLETION OF ALL FIELDS IS REQUIRED

## FULL-TIME OFFICER (Over 25 hours per week)
- [ ] Not Certified – Requesting Academy
      Name of facility officer will be attending: _____
- [ ] Not Certified - Requesting Career Tech BPOC Academy
      Tech Center Name: _____
- [ ] Certified in Oklahoma CLEET #: _____
  - [ ] OUT OVER 5 YEARS
- [x] Certified in another state - requesting Reciprocity
- [ ] Requesting COP/Career Tech BPOC Certification
- [ ] Requesting Bridge Academy CLEET #: _____

## RESERVE OFFICER (140 hours or less per month)
- [ ] Not Certified – Requesting Academy
- [ ] Not Certified - Requesting Career Tech/BPOC Academy
      Tech Center Name: _____
- [ ] Certified in Oklahoma CLEET #: _____
  - [ ] OUT OVER 5 YEARS
- [ ] Certified in another state - requesting Reciprocity
- [ ] Requesting COP/Career Tech BPOC certification

## Department Information:
- **Department Name:** Pushmataha County Sheriffs Office
- **Dept. E-Mail:** pushcosheriff@hotmail.com
- **Address:** 207 SW 3rd Street
- **City:** Antlers
- **ZIP:** Oklahoma
- **County:** Pushmataha
- **Department Head:** Bj Hedgecock
- **Title:** Sheriff
- **Telephone:** (580) 298-2475

## EMPLOYEE DATA:
- **Last Name:** Knoll
- **First Name:** Keith
- **MI:** S
- **Sex:** M [x]   F [ ]
- **DOB:** ████ 1991
- **SSN:** ████
- **Race:** W
- **Home Phone:** ████
- **Cell Phone:** ( ) -
- **Mailing Address:** 406 Swaha Drive
- **City:** Tioga
- **State:** Tx
- **Zip:** 76271
- **Physical Address:** 406 Swaha Drive
- **City:** Tioga
- **State:** Tx
- **Zip:** 76271
- **Email Address:** kkbraves25@hotmail.com

## EMPLOYMENT INFORMATION
- **Date of Commission:** 05 / 12 / 2021
- **Position:** Deputy

## EMPLOYEE ATTESTATION:
- I am at least 21 years of age;
- I am a U.S. Citizen or have resident alien status, pursuant to an employment eligibility verification form from the U.S. Citizenship and Immigration Services;
- I possess a high school diploma or a GED equivalency certificate as recognized by state law;
- I am not currently undergoing treatment for a mental illness, condition, or disorder;
- I have never been convicted of a felony, crime of moral turpitude, or crime of domestic violence in any state or federal court;
- I am not currently nor have I ever participated in a deferred sentence for a felony, crime of moral turpitude, or crime of domestic violence.
- I have never had a final Protective Order entered against me in this or any other State.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

**Signature of Employee:** X /s/   **Date:** 05 / 12 / 2021

## DEPARTMENT ADMINISTRATOR ATTESTATION

- Have fingerprints been taken and sent to the OSBI for state and federal record checks **and** has a report been received showing no record of conviction of, nor ever has nor is currently participating in a deferred sentence for a felony, crime involving moral turpitude, or a crime of domestic violence?   [x] Yes  [ ] No
- Have you, as the Department Administrator, verified a passing psychological evaluation has been completed for this employee pursuant to 70 OS 3311?   [x] Yes  [ ] No
- Have you, as the Department Administrator, verified that the employee possesses a high school diploma or GED equivalency certificate as recognized by state law?   [x] Yes  [ ] No
- Do you, as the Department Administrator, certify that the employee has never had a final Protective Order filed against him/her in this or any other State?   [x] Yes  [ ] No
- Do you, as the Department Administrator, certify to the Council that the named employee/applicant is suitable to serve as a peace officer in the State of Oklahoma?   [x] Yes  [ ] No

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

**Signature of Department Administrator or Designee:** /s/ #6402
**Printed Name of Department Administrator or Designee:** Dustin S. Bray
**Date:** 05 / 12 / 2021
**Title:** Undersheriff

Revised 01132021

**EXHIBIT 24**