

# Texas Commission On Law Enforcement

6330 E. HIGHWAY 290, SUITE 200, AUSTIN, Texas 78723

(512) 936-7700

12/15/2016

GRAYSON CO. SHERIFF'S OFFICE
200 S. CROCKETT
SHERMAN, TX 75090-7105

To Department Administrator:

Based upon the application submitted by the GRAYSON CO. SHERIFF'S OFFICE, KEITH S. KNOLL is hereby issued the following:

TYPE

**Peace Officer License**            P ID     ISSUE DATE
**KEITH S. KNOLL**                   449165   12/14/2016

This acknowledgement is to be maintained in the personnel file of KEITH S. KNOLL and made available for inspection by Commission personnel upon request.

Chief Kim Vickers
Executive Director

Good luck on your law enforcement career in Texas. Please give us a call whenever we may be of assistance.



Texas Commission on Law Enforcement
Issues

**KEITH S. KNOLL**

**TCOLE ID: 449165**

**Peace Officer License**

Issue Date: 12/14/2016
Issue Authority Chap. 1701, Texas Occupations Code.

Laminating the front of your card with Dual Laminate:

① Fold and peel back front of card at top corner    ② Turn card over and place front of card face down into clear panel     ③ Push card back through clear panel, breaking through perforation 

**EXHIBIT 25**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

The person named on the front of this document has successfully completed the current TCOLE BPOC course with a total of 864 hours, including proficiency demonstration in the following topics, as mandated by current TCOLE lesson objectives and the TRPA Advisory Board.

- Building Search
- Crime Scene Search
- Driving
- Firearms (semiautomatic handgun of 9mm or larger; 12 gauge pump shotgun)
- Mechanics of Arrest
- OC Spray (live hit)
- Taser (live hit)
- Expandable baton
- NIMS/ICS (LE 100 and 700)
- Report Writing
- SFST
- Spanish
- Traffic Stops

Dated this 9th day of December, 2016

*J. B. Blankenship*

J. B. Blankenship   Police Academy Director