CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Texas Commission On Law Enforcement

## Personal Status Report

**Name**  
KEITH S. KNOLL

**TCOLE ID (P ID)**  
449165

**STATUS**

| Citizen | Race | Gender |
|---|---|---|
| Yes | White | Male |

## Career/Professional Training

| Institution | Hours | Education | From | To |
|---|---|---|---|---|
| | 0 | High School | | |
| Total Higher Education Hours | 0 | | | |
| Total Higher Education Points | 0 | | | |
| Total MilitaryTraining Hours | 0 | | | |
| Total | 0 | | | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Jailer (Full Time) | GRAYSON CO. SHERIFF'S OFFICE | Jailer License | 2/24/2017 | 9/25/2020 | 3 years, 7 months |
| Peace Officer (Full Time) | GRAYSON CO. SHERIFF'S OFFICE | Peace Officer License | 12/14/2016 | 9/25/2020 | 3 years, 9 months |
| Jailer (Full Time) | GRAYSON CO. SHERIFF'S OFFICE | Temporary Jailer License | 5/9/2016 | 2/24/2017 | 0 years, 10 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 4 years, 5 months |
| Peace Officer | 3 years, 9 months |
| Total officer time | 3 years, 9 months |

**EXHIBIT 26**

5/10/2022

Page Number: 1

# Texas Commission On Law Enforcement

## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Temporary Jailer License | License | | |
| | | Granted | 5/9/2016 |
| | | Expired - replaced by permanent license | 2/24/2017 |
| Peace Officer License | License | | |
| | | Granted | 12/14/2016 |
| | | Inactive – Out of Compliance | 9/1/2021 |
| Jailer License | License | | |
| | | Granted | 2/24/2017 |
| Basic Jailer | Certificate | | |
| | | Certification Issued | 4/24/2017 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 3/4/2019 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 2/23/2017 | Collin College Law Enforcement Academy | Basic County Jail Course |
| Completed | 12/5/2016 | Texoma Reg. Police Academy | Basic Peace Officer Course (643) |

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1850 | Crisis Intervention Training 40hr | 5/9/2022 | 40 | Collin College Law Enforcement Academy | Crisis Intervention Training (Mandate)<br>Crisis Intervention Training 40hr (Intermediate) |
| 1849 | De-escalation Tech (SB 1849) | 4/18/2022 | 8 | Collin College Law Enforcement Academy | De-escalation Tech (SB 1849) |
| 394 | Cultural Diversity Web with Exercises | 4/8/2022 | 8 | MyTCOLE 3 online | Cultural Diversity (Intermediate) |
| 77225 | OSS - Officer - Involved Shooting Survival | 4/1/2022 | 1 | OSS Academy | |
| 77253 | OSS - Statement Analysis Forensics | 4/1/2022 | 1 | OSS Academy | |
| 2831 | IDD Training for Jailers | 3/22/2022 | 4 | MyTCOLE 3 online | |
| 470 | Informed Response - Sexual Assault/Violence | 3/16/2022 | 8 | MyTCOLE 3 online | |
| 3271 | Advanced Human Trafficking | 3/14/2022 | 8 | MyTCOLE 3 online | Human Trafficking |
| 3232 | Special Investigative Topics | 3/10/2022 | 8 | OSS Academy | Special Investigative Topics (Intermediate) |

# Texas Commission On Law Enforcement

## Personal Status Report

## Courses Completed

**09/01/2021 - 08/31/2023**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3312 | ALERRT Update | 3/4/2022 | 4 | Texas A & M Engineering Extension Service Criminal | |
| 450 | Open Carry Law Update (online training) | 3/1/2022 | 1 | MyTCOLE 3 online | |
| 403 | The Telecommunicator and Stress (Online) | 3/1/2022 | 4 | MyTCOLE 3 online | |
| 667371 | TEEX Active Attack Event Resp. Leadership | 3/1/2022 | 4 | Texas A & M Engineering Extension Service Criminal | |
| 3187 | 87th Session State and Federal Law Update | 2/11/2022 | 4 | MyTCOLE 3 online | 87th Session State and Federal Law Update |
| | | **Unit Hours** | 103 | | |

**09/01/2019 - 08/31/2021**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3186 | 86th Legislative Session Legal Update | 1/23/2020 | 4 | Texas Municipal Police Association | 86th Session State and Federal Law Update |
| 2054 | Radar | 1/13/2020 | 5 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 30418 | Civilian Interaction Training | 12/26/2019 | 2 | OSS Academy | Civilian Interaction Training Program |
| 4900 | Mental Health Training for Jailers | 12/13/2019 | 8 | Collin County Sheriff's Office | |
| 3301 | Basic S.W.A.T. Course | 11/15/2019 | 60 | Texas Tactical Police Officers Association | |
| | | **Unit Hours** | 79 | | |

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4065 | Canine Encounters (Intermediate/Advance) | 4/18/2019 | 4 | Texoma Reg. Police Academy | Canine Encounter (Intermediate)<br>Canine Encouter (Advance) |
| 7887 | Interacting with drivers deaf or hard of hearing | 4/18/2019 | 4 | Texoma Reg. Police Academy | Interacting with drivers deaf or hard of hearing (Intermediate) |
| 394 | Cultural Diversity Web with Exercises | 3/18/2019 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 3722 | Peace Officer Field Training | 2/25/2019 | 160 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | Peace Officer Field Training |

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3723 | Police Field Training | 5/3/2018 | 6 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | Peace Officer Field Training |
| 3334 | Firearms Electronic Simulator | 4/19/2018 | 8 | Texas Association of Counties | |
| 2040 | Defensive Tactics | 1/29/2018 | 2 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 8158 | Body Worn Camera | 12/21/2017 | 2 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 8813 | Below 100 | 12/5/2017 | 4 | Texas Association of Counties | |
| 3847 | Excited Delirium Syndrome | 12/5/2017 | 2 | Texas Association of Counties | |
| 3027 | Verbal/Nonverbal Communication | 12/5/2017 | 2 | Texas Association of Counties | |
| 3270 | Human Trafficking | 11/17/2017 | 4 | TCOLE Online | Human Trafficking |
| 3185 | 85th Legislative Session Legal Update | 11/9/2017 | 4 | Texoma Reg. Police Academy | 85th Session State and Federal Law Update |
| 9909 | Officer Involved Shooting | 9/12/2017 | 4 | Texoma Reg. Police Academy | |
| | | **Unit Hours** | **214** | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 9909 | Officer Involved Shooting | 9/12/2017 | 4 | Texoma Reg. Police Academy | |
| 3314 | ALERRT Terrorism Response Tactics - Active Shooter | 7/19/2017 | 16 | Hays Co. Sheriff's Academy | |
| 2055 | Firearms | 6/8/2017 | 3 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 1007 | Basic County Jail Course | 2/23/2017 | 120 | Collin College Law Enforcement Academy | Cultural Diversity (Intermediate) |
| 3721 | County Correction Officer Field Training | 1/6/2017 | 80 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | County Correction Officer Field Training |
| 1305 | TCOLE Rule Overview Course | 1/3/2017 | 4 | TCOLE Online | |
| 3519 | Objective Jail Classification | 12/31/2016 | 4 | TEEX Central Texas Police Academy | |
| 3027 | Verbal/Nonverbal Communication | 12/16/2016 | 8 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000643 | Basic Peace Officer Course (643) | 12/5/2016 | 643 | Texoma Reg. Police Academy | 82nd Session State and Federal Law Update<br>83rd Session State and Federal Law Update<br>84th Session State and Federal Law Update<br>85th Session State and Federal Law Update<br>Asset Forfeiture (Intermediate)<br>Crisis Intervention Training (Intermediate) issued prior to 4-1-18<br>Cultural Diversity (Mandate)<br>Identity Theft (Intermediate)<br>Racial Profiling (Intermediate)<br>S.F.S.T. NHTSA 24hour Practitioner<br>Special Investigative Topic (Mandate)<br>State and Federal Law Update<br>TCIC/NCIC for Less than Full Access Operators |
| 101 | Addendum Basic Peace Officer | 12/5/2016 | 221 | Texoma Reg. Police Academy | |
| 1033 | Chapter 33 Rule Overview Exam | 11/7/2016 | 0 | TCOLE Online | |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 5/9/2016 | 0 | GRAYSON CO. SHERIFF'S OFFICE (Training Rosters) | Personnel Orientation |

|  |  |
|---|---|
| **Unit Hours** | 1103 |
| **Total Hours** | 1499 |

## Total Hours

|  |  |
|---|---|
| **Total Career/Professional Hours** | 0 |
| **Total TCOLE Course Hours** | 1499 |
| **Total Hours** | 1499 |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.