**EXHIBIT 27**
**LICENSEE PSYCHOLOGICAL AND EMOTIONAL HEALTH**
**DECLARATION OF KEITH KNOLL**
**(to be filed under seal pending Court's approval)**

**EXHIBIT 27**