**EXHIBIT 28**
**NOTIFICATION OF PSYCHOLOGICAL EVALUATION FOR PEACE OFFICERS OF KEITH KNOLL**
**(to be filed under seal pending Court's approval)**