**District Attorney**
*Charles B. "Chuck" Sullivan*

**Assistant District Attorneys**
*Adam R. Scharn, First Assistant*
*Christina Burns*
*Kim London*
*Sara Dupree*



**OFFICE OF DISTRICT ATTORNEY**
District 18
State of Oklahoma

**Pittsburg County Courthouse**
109 East Carl Albert Parkway
McAlester, OK 74501
PHONE (918) 423-1324
FAX (918) 423-8575

**Haskell County Courthouse**
202 East Main Street
Stigler OK 74462
Phone (918) 967-4648
Fax (918) 967-2443

Sheriff BJ Hedgecock
207 Southwest 3rd Street
Antlers, OK 74523

July 20, 2021

Re: Officer Involved Shooting, OSBI File No. OSBI2021-494

Dear Sheriff Hedgecock,

Pursuant to O.S. § 215.9 the Attorney General of Oklahoma assigned the above reference case to my for review and charging decision(s). Accordingly, I have received and reviewed the entire OSBI investigation into the officer involved shooting concerning Deputies Keith Knoll and Brian Columbus on or about May 30, 2021.

After careful review, I have determined that the actions taken by Deputy Knoll that evening do not rise to a criminal level, therefore; I will not be pursuing any charges against him for his actions on or about May 30, 2021.

Should you have any questions or concerns regarding this or any other matter, please feel free to contact me at my office.

Sincerely,

Charles B. "Chuck" Sullivan
District Attorney, Dist. 18
Pittsburg and Haskell Counties

Cc: Mark Matloff, District Attorney, District 17
    Steve Carter, OSBI

recycled paper

**EXHIBIT 29**