## BOARD OF MEDICOLEGAL INVESTIGATIONS
## OFFICE OF THE CHIEF MEDICAL EXAMINER

921 N.E. 23rd St
Oklahoma City, OK 73105

### REPORT OF LABORATORY ANALYSIS

| OFFICE USE ONLY |
| --- |
| Re. _____ Co. _____ |
| I hereby certify that this is a true and correct copy of the original document. Valid only when copy bear im-print by the office seal. |
| By _____ |
| Date _____ |

ME CASE NUMBER: 2103258

DECEDENT'S NAME: HANK EDWARD MILLER

MATERIAL SUBMITTED: BLOOD, VITREOUS, URINE, LIVER, BRAIN, GASTRIC

SUBMITTED BY: GENA FLOYD

LABORATORY NUMBER: 212583

DATE RECEIVED: 6/3/2021

HOLD STATUS: 5 YEARS

MEDICAL EXAMINER: JEREMY SHELTON M.D.

**NOTES:**

**ETHYL ALCOHOL:**

   Blood:

   Vitreous:  NEGATIVE

   Other:

**CARBON MONOXIDE**

   Blood:

**TESTS PERFORMED:**

   ALKALINE DRUG SCREEN - (Heart Blood)
   EIA - (Heart Blood) - Amphetamine, Methamphetamine, Fentanyl, Cocaine, Opiates, PCP, Barbiturates, Benzodiazepines
    (The EIA panel does not detect Oxycodone, Methadone, or Clonazepam)

**RESULTS:**

   METHAMPHETAMINE
     11 mcg/mL - (Heart Blood)

08/30/2021
DATE

*Jesse M. Kemp, PhD*

JESSE KEMP, Ph.D., D-ABFT-FT, Chief Forensic Toxicologist

**EXHIBIT 30**