

STATE OF OKLAHOMA
*COUNCIL ON LAW ENFORCEMENT EDUCATION AND TRAINING*

2401 Egypt Road • Ada, Oklahoma 74820-0669
Telephone: (405) 239-5100 • Fax: (580) 310-9143
WWW.CLEET.OK.GOV

Earl Morrison, Interim Director

February 12, 2021

Lori Chipps-Bray
Pushmataha County Sheriffs Office
207 Sw 3Rd St.
Antlers, OK 74523

Dear Ms. Chipps-Bray:

The CLEET Course Catalog number authorized by this letter is valid for **three** (3) calendar years from the beginning of the calendar year in which the catalog number was issued. Since the Continuing Education training cycle is based on the calendar year, this guarantees that the catalog entry renewal dates always coincide with the end of a continuing education training cycle. Note that **you must request a new catalog number if the lesson plan or the number of credit hours changes prior to expiration.** Attached is a current listing of all your organization's course catalog entries.

Since CLEET no longer maintains the lesson plans for courses appearing in the CLEET Course Catalog, <u>it is necessary that you maintain current course materials (for each course) on file at your department for the entire period the course is listed</u>. If you have any questions regarding this catalog entry, future courses, or other applicable standards, please contact Tami Burnett at (405) 546-0159.

*Any print advertisement of this class must display this disclaimer:*
   *"This class has been cataloged by the Council on Law Enforcement Education and Training for _____ hours of mandatory continuing education credit. Regarding any law enforcement concepts, practices, methods, techniques, products, or devices as might be taught, promoted, or otherwise espoused in outside schools or seminars, there is no intent, expressed or implied, that listing the course in the CLEET Course Catalog indicates or in any way conveys 'CLEET approval' of such concepts, practices, methods, techniques, products, or devices, unless such approval is explicitly stated by CLEET."*

Sincerely,

*Earl M——*

Earl Morrison
Interim Director

By: **Tami Terneus**
   Investigator/Field Representative

EM/TT


Printed on Recycled Paper

**EXHIBIT 31**

| Course | Catalog Number | Credit Hours | Mental Health Hours |
|---|---|---|---|
| **2021** (Accreditation expires on January 1, 2024) | | | |
| Legal Update - Ethical Behavior | 21-1897 | 6 | 0 |
| **2020** (Accreditation expires on January 1, 2023) | | | |
| Legal Update on Domestic Violence, EOD, Child Welfare, and Sexual Abuse | 20-1723 | 5 | 0 |
| **2019** (Accreditation expires on January 1, 2022) | | | |
| O.C. Spray | 19-3088 | 4 | 0 |
| Taser X26 User Course | 19-2215 | 8 | 0 |

## REQUEST FOR PROGRAM CATALOG NUMBER

**TO:** CLEET Continuing Education
**FROM:**

Agency: _Pushmataha County Sheriffs Office_
Agency Contact: _Sheriff BJ Hedgecock_
Agency Address: _207 SW 3rd Street      Antlers OK 74523_
                  Street/P.O. Box                City, State ZIP
Telephone: _580 298 2475_   Email: _mcso4517@yahoo.com_

**COURSE INFORMATION:**

Course Name/Title: _Legal update - Ethical Behaviors_
Curriculum Writer (Author): _Lori Chipps Bray_
Instructor(s): _Lori Chipps Bray_   CLEET #: _101144_
                                     LAST Four of SSN: _5931_
                                     CLEET #: _____
                                     Last Four of SSN: _____

Total Training Hours: _6 hours_   Previous Year Course # if Applicable _____

I certify the following documents and audio/visual aids, as checked, are retained by this department to support the course identified above.

- Lesson Plan(s) (MANDATORY) ✓
- Course Objectives (MANDATORY) ✓
- Handout(s) ✓
- Video(s) ___
- CD(s) ✓
- Overhead(s) ___
- Pre-Test and/or Post-Test Completed Answer Sheet ___
- Instructor Resume(s) ___

**AVAILABILITY OF MATERIALS**

✓ Course materials are considered copyrighted and may not be released to another law enforcement agency.

___ Course materials are considered public and will be shared with another agency upon approval of, and release from, the author(s) and administrator listed below.

**CONTENT CERTIFICATION**

✓ This training is law enforcement related, and should be counted toward the Continuing Education Legislative Mandate found in 70 § 3311.4.A.

___ This training program includes at least two (2) hours of continuing law enforcement training relating to recognizing and managing a person appearing to require mental health treatment or services, as found in 70 § 3311.5.

**Method of Record Submission**

___ A hard copy of the roster will be submitted to CLEET via mail or fax.
X Records will be transmitted electronically via the CLEET website by designated Training Officer.

_[signature]_                                    _2-8-2021_
Agency Head/Administrator Signature                 Date

_[signature]_                                    _February 8th, 2021_
Instructor/Author(s) Signature                      Date

Revised 9/16/2019

## CATALOG RESUME FORM

**TO:** CLEET Continuing Education

**FROM:**

Agency: Pushmataha County Sheriffs Office

Course Name/Title: Legal Update - Ethical Behaviors

**INSTRUCTOR INFORMATION:**

Name: Lori Chipps Bray

CLEET Number or Last Four of SSN: 10114

Mailing Address: 196648 N. 4161 Rd   Antlers OK 74523
Street/P.O. Box                     City, State ZIP

Telephone: 918-308-0503   Email: mcso4517@yahoo.com

**CAREER RESUME** (please list employer, position and tenure):

Present Position: Investigator

Prior Position: Same

Education: ___

Degree(s): ___

Professional Training: CLEET

**Which of the following CLEET instructor certifications do you hold?**

| Certification | Held | Date of Certification |
|---|---|---|
| Basic Instructor | yes | 3-24-2014 |
| Defensive Tactics / Custody Control | | |
| Firearms Instructor | | |
| LEDT (Driver Training) | | |
| First Aid / CPR | | |
| Radar Instructor | | |
| Other (specify) | | |

*COUNCIL ON LAW ENFORCEMENT EDUCATION AND TRAINING*

## CATALOGED TRAINING COURSE ROSTER

**CATALOGED COURSE NUMBER:** 21-1897  
**TOTAL HOURS:** 6 Hours  
**COURSE TITLE:** Legal Update - Ethical beh  
**MENTAL HEALTH HOURS:** 0  
**AGENCY PROVIDING TRAINING:** Pushmataha Co. Sheriff's Office  
**TRAINING LOCATION (City/Town):** Antlers  
**DATE(S):** 2-12-2021

| Student (Last, First, MI) PRINT | CLEET # | Department | Signature |
|---|---|---|---|
| Bradley, Gary B | 95833 | Pushmataha C.S.O. | [signed] |
| Bray, Justin S. | 98977 | Pushmataha Co. S.O. | [signed] |
| Hedgecock, Byron | 98963 | Pushmatana Co SO | [signed] |
| Nicholas Merck | 157434 | Pushmataha CO | [signed] |
| Matthew Hembree | 158313 | Pushmataha Co.SO | [signed] |
| Anthony Richison | 86767 | Pushmatahn Co SO | [signed] |
| Joshua Smith | 161051 | Pushmataha Co SO | [signed] |
| Ruben Cook | 144040 | Pushmataha S.O. | [signed] |
| Darrin Goode | 134183 | Pushmataha SO | [signed] |
| Steely, Timothy | 135978 | Pushmataha S.O. | [signed] |
| Brian Valentine | 148739 | Pushmataha S.O. | [signed] |
| Julie Garriety | 150719 | Pusmataho S.O. | [signed] |

I am attesting to the attendance of these students to the course listed above.

**Course Instructor Name (PRINT):** Dri A Chipps 'Bray  
**Signature:** [signed] Dri A Chipps Bray

Revised 9/20/2019

# MISSION STATEMENT OF THE PUSHMATAHA COUNTY SHERIFF'S OFFICE

The Pushmataha County Sheriff's Office is committed to protect the lives, property and the rights of all people, to maintain order and to enforce the laws of the United States of America, the State of Oklahoma and Pushmataha County. The Pushmataha County Sheriff's Office will strive to accomplish this mission by setting goals and objectives and practicing the values of the Department.

The Pushmataha County Sheriff's Office is responsible for the professional care and custody of those confined in our jail, the security of our Courts and the prompt investigation of crime when it occurs. It is our mission to improve and maintain the quality of life we enjoy and to ensure that our county is a safe place to live, work and visit.

We are totally dedicated to this mission, to the people, the county we serve, and achieving excellence in all we do.

## Loyalty Oath

I _____, do solemnly swear or affirm that i will support the Constitution and Laws of the United States of America and the Constitution and Laws of the State of Oklahoma, and that I will faithfully discharge according to the best of my ability, the duties of my office or employment during such time as I am appointed as a Pushmataha County Sheriff Deputy.

## Oath of Office

I _____, do solemnly swear or affirm that I will support, obey and defend the Constitution and Laws of the United States of America and the Constitution and Laws of the State of Oklahoma, and that I will not, knowingly, receive directly or indirectly, any money or other valuable thing, for the performance or non-performance of any act or duty pertaining to my office, other than the compensation allowed by Law; I further swear or affirm that I will faithfully discharge my duties as an appointed Pushmataha County Sheriff Deputy.

_____ Deputy

_____ BJ Hedgecock, Sheriff

# PUSHMATAHA COUNTY SHERIFF'S POLICY LETTER 2016-1

I. PURPOSE

This chapter comprises major policy statements that apply to Deputies of the Pushmataha County Sheriff's Department.

II. USE OF FORCE

Each use-of-force situation is unique and shall be evaluated on the circumstances faced by the member at the time force is applied. Members shall use only that amount of force reasonably necessary to make an arrest or gain control of a situation.

A. Force Options

The following options provide various types of force or responses available to the Deputy. This is not a comprehensive list. The nature of the situation will dictate the force necessary.

☐ Officer Presence

☐ Verbal Communications

☐ Soft Empty Hand Control

☐ Pain Compliance

☐ Chemical or Inflammatory Agents

☐ Taser

☐ Hard Empty Hand Control

☐ Impact Weapons

☐ Deadly Force

B. Deadly Force

1. Definition: Deadly force is the execution of any calculated action that is likely to cause death to the person against whom the action is directed.
2. Deputies, in the performance of their official duties, are authorized to use deadly force when it reasonably appears necessary to do the following:
a. Protect themselves or others from immediate threat of death
b. Prevent a crime in which the suspect's actions place persons in jeopardy of death
c. Apprehend a fleeing felon who has used deadly force in the commission of a crime and where there is substantial risk the

fleeing felon will cause death, or injury likely to cause death, to others if apprehension is delayed

3. Under circumstances that permit the use of deadly force and prior to employing the use of deadly force, the officer employing that force must:

a. Establish personal recognition of the person against whom the deadly force will be used, or

b. Establish the knowledge that the person against whom the deadly force will be used is the one against whom the force is justified, and

c. Warn the suspect about the use of deadly force if circumstances allow.

3. Warning shots are prohibited unless deadly force is justified.

D. Review Process

The Sheriff and/or a designated individual may review, as necessary, use of force incidents, involving:

☐ Pain Compliance

☐ Chemical or Inflammatory Agents

☐ Taser

☐ Hard Empty Hand Control

☐ Deadly Force

_____     11-17-2016
**BJ HEDGECOCK, PUSHMATAHA COUNTY SHERIFF**     DATE

I HAVE READ AND UNDERSTAND THE DEPARTMENT USE OF FORCE POLICY.

DEPUTY SIGNATURE_____

                                    DATE

## PUSHMATAHA COUNTY SHERIFF'S POLICY LETTER 2016-2

IV. PURSUITS

A. The purpose of this Section is to establish a policy that will enable commissioned officers to safely and effectively pursue suspects.

1. During pursuits, the safety of bystanders, the violator, and the member shall be given a higher priority than the apprehension of the violator(s)/suspect(s).

B. Definitions

1. AUTHORIZED EMERGENCY VEHICLE: A departmental vehicle equipped with operable emergency lights and siren as authorized by law.

2. FULLY MARKED UNIT: A departmental patrol vehicle that is marked with fully marked, safety striping, and equipped with a functioning overhead light bar and siren.

3. PURSUIT: An active attempt by law enforcement, in authorized emergency vehicles, to capture suspects who by means of speed or other evasive actions, are attempting to avoid apprehension.

4. ROAD SPIKES SYSTEM: A Department authorized device designed to be placed physically across a roadway directly in the path of a vehicle in order to deflate its tires and stop the vehicle in a controlled manner.

5. If road conditions, traffic, weather or other conditions create an environment that place the public, the violator or the officer at unacceptable level of risk the pursuit shall terminated. (The violator's past criminal history, current violation/crime and other circumstances will be considered before terminating pursuit) The Sheriff or his designee can terminate a pursuit at any time.

6. The Sheriff and/or his designated representative reserve the right to review any pursuit undertaken by any deputy in this department and to issue disciplinary action as required.

_____   11-17-2016
BJ HEDGECOCK, PUSHMATAHA COUNTY SHERIFF              DATE


DEPUTY SIGNATURE_____
                                                        DATE

# PUSHMATAHA COUNTY SHERIFF'S POLICY LETTER 2017-02

The purpose of this policy letter is to establish a chain of command within the Pushmataha County Sheriff's Office and to establish policy concerning the proper utilization of the chain of command

1. All deputies will be required to observe the chain of command at all times. The chain of command will be utilized to resolve problems, request schools/training, request leave and to address any other issues requiring leadership involvement.

2. A deputy may request moving to the next higher individual in the chain of command if he/she feels the issue at hand is not being addressed adequately or if the issue is with a particular person in the chain of command.

3. Failure to utilize the chain of command properly will result in disciplinary up to and including termination.

4. See the diagram provided for chain of command

# PUSHMATAHA COUNTY SHERIFF'S POLICY LETTER 2017-02

The purpose of this policy letter is to establish a chain of command within the Pushmataha County Sheriff's Office and to establish policy concerning the proper utilization of the chain of command

## Chain of Command

**BJ Hedgecock**
**Sheriff**

**Dustin Bray**
**Undersheriff**

**Darrin Goode**
**Patrol Commander**

**Tim Steely/Gary Bradley**
**Sergeant/Reserve Sergeant**

**Lori Bray**
**Corporal**

# PUSHMATAHA COUNTY SHERIFF'S POLICY 2016-3

I. PURPOSE

This chapter comprises major policy statements that apply to Deputies of the Pushmataha County Sheriff's Department concerning interaction with media.

II. MEDIA RELATIONS

1. It shall be the policy of Pushamataha Sheriff's Department that only the Sheriff or his designated representative may issue any statement of any kind to any media source. (This shall include Social Media)

2. Deputies/Jail Officers will not issue statements of any kind concerning ongoing operations/investigations to any media source. (This shall include social media)

3. Deputies/Jail Officers will maintain their professionalism and bearing at all times when dealing with the media/press.

4. All media inquiries/ questions shall be directed to the Sheriff or his designated representative.

_____   11-17-2016
BJ HEDGECOCK, PUSHMATAHA COUNTY SHERIFF        DATE


DEPUTY SIGNATURE_____

                                                    DATE

# PUSHMATAHA COUNTY SHERIFF'S OFFICE POLICY LETTER

# 2021-001

Insubordination:                                                02/12/2021

1. Members shall be deemed insubordinate for failing or refusing to promptly obey a lawful order given by a supervisor. Ridiculing a supervisor's order(s) whether or not in their presence, yelling, shouting or disrespect is and will be considered insubordination.

2. Any instance of insubordination will result in disciplinary action up to and including termination

*[signature]* For The Sheriff

BJ Hedgecock, Sheriff, Pushmataha County

*[signature]* For The Undersheriff

Dustin Bray, Undersheriff