IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAN MILLER, as Special Administrator of the ESTATE OF HANK MILLER, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>B.J. HEDGECOCK, in his official capacity as Sheriff of Pushmataha County, State of Oklahoma; *et al.*,<br><br>  Defendants. | Case No. 22-CV-164-RAW |

## ORDER

In light of the Settlement Conference proceedings held January 15, 2025 before Magistrate Judge Gerald L. Jackson and contingent agreements made therein, the Court hereby STAYS further proceedings in this matter pending the completion of the settlement terms and joint dismissal of this action. With this stay, all upcoming deadlines are stricken pending completion of the settlement.

The parties are directed to file a joint status report to the court on or before March 17, 2025 regarding the status of the settlement, unless the settlement has previously been completed and closing papers have been submitted to the court.

Dated this 21st day of January, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE